# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF LAUREN MASI, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY, et la.,<br><br>　　　　Defendants. | 2:12-cv-0478-LDG-PAL |

On March 28, 2012, defendants filed a motion to dismiss (#4); on April 25, 2012, defendants filed a status report indicating that plaintiffs had not timely responded to the motion to dismiss (#7); and on January 18, 2013, defendants filed a notice of non-opposition to their motion to dismiss (#8). Pursuant to LR 7-2 (d) (the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion), and based on the merit of the arguments presented in the motion to dismiss,

THE COURT HEREBY ORDERS that defendants' motion to dismiss (#4) is GRANTED.

DATED this _22_ day of January, 2013.

_____
Lloyd D. George
United States District Judge